### LOOPS LLC, Loops Flexbrush LLC, Plaintiffs-Appellants

v.

### PHOENIX TRADING, INC., DBA Amercare Products Inc., Wendy Hemming, Defendants-Appellees

### H & L Industrial, Does, 1 Through 50, Inclusive, Defendants

#### 2017-1316

United States Court of Appeals, Federal Circuit.

March 13, 2018

STEPHEN MICHAEL HOGAN, San Diego, CA, argued for plaintiffs-appellants. Also represented by ROBERT STEELE, Miller & Steele, Oceanside, CA.

Brooks F. Cooper, Draneas & Huglin, PC, Lake Oswego, OR, argued for defendants-appellees.

(Dyk, Chen, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**